**James W. HUNTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 66490.**

Missouri Court of Appeals,
Western District.

Dec. 12, 2006.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, C.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

James W. Hunter appeals from the denial, after an evidentiary hearing, of his Rule 24.035 motion for postconviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).